Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| DOMINIQUE RIOUX, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; et. al., <br><br> Defendants. | Federal Case No.: 3:17-CV-00345-RS <br><br> **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  IT IS HEREBY STIPULATED by and between plaintiff Dominique Rioux and defendant Bank of America, N.A. ("BANA"), that BANA be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: June 2, 2017 | Sagaria Law, P.C. | |
| | By: /s/ Elliot W. Gale | |
| | Elliot W. Gale | |
| | Attorneys for Plaintiff | |
| | Dominique Rioux | |
| | | |
| DATED: June 2, 2017 | McGuireWoods LLP | |
| | | |
| | By: /s/ Anthony Le | |
| | Anthony Le | |
| | Attorneys for Defendant | |
| | Bank of America, N.A. | |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

/s/ Elliot Gale

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, BANA is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 6/5/17

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE