Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Dominique Rioux

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| DOMINIQUE RIOUX<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>Defendants. | Federal Case No.: 3:17-CV-00345-RS<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Dominique Rioux and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

| | | |
|---|---|---|
| DATED: August 25, 2017 | | Sagaria Law, P.C. |

By: _/s/ Elliot W. Gale_
      Elliot W. Gale
Attorneys for Plaintiff
Dominique Rioux

DATED: August 25, 2017        Nokes & Quinn

By: _/s/ Thomas P. Quinn, Jr._
      Thomas P. Quinn, Jr.
Attorneys for Defendant
Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 8/25/17

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE